NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3071

ALICE A. DORSEY,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0831080541-I-1.

ON MOTION

## O R D E R

The court treats Alice A. Dorsey's untimely brief as a motion for an extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Office of Personnel Management should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

MAR 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alice A. Dorsey
John S. Groat, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 09 2009

JAN HORBALY
CLERK